UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>23ANDME, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 5:13-CV-05682-LHK<br><br>ORDER ON CONSOLIDATION |

　　　It is hereby ORDERED that *Stefani v. 23andMe, Inc.*, No. 5:14-CV-02414, transferred from the District of Massachusetts (formerly No. 1:13-CV-13206 (D. Mass.)) shall be consolidated with the above-captioned cases for pretrial proceedings. The parties shall continue to notify the Court promptly of any other related cases filed in this or any other district.

**IT IS SO ORDERED.**

Dated: May 23, 2014

　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1