UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TARA STEFANI and TANYA VILLANUEVA, as individuals, on behalf of themselves, and others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>23ANDME, INC.,<br><br>　　　　　　　　　Defendant. | Case No.:  5:14-CV-02414-LHK<br><br>Consolidated and Related Cases:<br>　　5:13-CV-05682-LHK<br>　　5:14-CV-00294-LHK<br>　　5:14-CV-00429-LHK<br>　　5:14-CV-01167-LHK<br>　　5:14-CV-01191-LHK<br>　　5:14-CV-01258-LHK<br>　　5:14-CV-01348-LHK<br>　　5:14-CV-01455-LHK<br><br>ORDER RE: CASE CLOSING |

Pursuant to the Court's Order Granting 23andMe's Omnibus Motion to Compel, ECF No. 14, the Clerk shall close the case file in Case No. 14-CV-02414.

**IT IS SO ORDERED.**

Dated: August 13, 2014

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge